BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
NANCY K. CANTER (CA Bar #263198)
Senior Litigation Counsel
CHRISTOPHER BUCHANAN
Trial Counsel
Civil Division
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4601
Fax: (202) 616-4923
Email:  christopher.b.buchanan@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| WENXIA LOU,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS,<br><br>    Defendant. | No. 2:23-cv-5278-JFW-AFM<br><br>**DECLARATION OF DEFENDANT'S LEAD TRIAL COUNSEL** |

<u>DECLARATION OF CHRISTOPHER BUCHANAN</u>

I, Christopher Buchanan, pursuant to 28 U.S.C. § 1746 state as follows:

1. I am a Trial Attorney for the Department of Justice, Office of Immigration litigation, Appellate section. I am lead trial counsel representing Defendant in this action. I have personal knowledge of the facts stated herein and, if called as a witness, I would so testify.

2. I make this declaration in compliance with paragraph 3 of the Court's Standing Order in this action.

3. I am a registered as a "CM/ECF" user;

4. my email address of record is christopher.b.buchanan@usdoj.gov;

5. I have read the Court's Standing Order and the Local Rules of the Central District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2023 in Severna Park, Maryland.

<i>/s/ Christopher Buchanan</i><br>CHRISTOPHER BUCHANAN

## CERTIFICATE OF SERVICE

I certify that on August 11, 2023, I served a copy of the foregoing document on all parties by causing this document and its attachments to be filed with the Clerk of the Court through the CM/ECF system, which will provide electronic notice of this document to all attorneys of record.

<u>s/ Christopher Buchanan</u>
CHRISTOPHER BUCHANAN
Senior Trial Attorney
Civil Division
Office of Immigration Litigation
U.S. Department of Justice
(202) 532-4601
christopher.b.buchanan@usdoj.gov