Lisa D. Pickering SBN 199191
5435 Balboa Blvd Suite 214
Encino, CA 91316
Email: lisa@lisapickeringlaw.com
Tel: (818) 528-8760
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENXIA LOU,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>Defendant. | Case No.: CV 23-5278 JFW(AFMx) |

**Declaration of Plaintiff's Lead Trial Counsel**

1

# **DECLARATION OF LISA PICKERING**

I, Lisa Pickering, state that I am the Plaintiff's lead trial counsel in the matter of Wenxia Lou v. Alejandro Mayorkas, Secretary of Homeland Security, United States Department of Homeland Security, CV 23-5278-JFW(AFMx). In support of this declaration, I state the following:

1. I have personal knowledge of the facts stated below and am prepared to testify to the following matters.

2. I have registered as a CM/ECF user.

3. My email address is lisa@lisapickeringlaw.com

4. I have read the Court's Standing Order and familiarized myself with Los Angeles Central District Court Local Rules.

Dated: August 10, 2023　　　　　　　　　　Respectfully submitted,

　　　　Encino, CA

　　　　　　　　　　　　　　　　　　　　By:   /s/Lisa Pickering
　　　　　　　　　　　　　　　　　　　　LISA PICKERING
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I, Lisa Pickering, certify that on August 11, 2023, I served a copy of the "Declaration of Platiniff's Lead Trial Counsel" on all parties by filing throught the CM/ECF system, which will provide electronic notice of this document to all attorneys of record.

| | |
|---|---|
| August 11, 2023 | /s/ Lisa Pickering |
| | Lisa Pickering |
| | Attorney for Plaintiff Wenxia Lou |
| | 5435 Balboa Boulevard |
| | Suite 214 |
| | Encino, CA  91316 |
| | (818) 528-8760 |
| | lisa@lisapickeringlaw.com |